**Order Filed on April 12, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

   Tania J. Mendez-Mejia,

                        Debtor.

Case No.:        23-11870-SLM

Chapter:         Chapter 13

Hearing Date:    April 12, 2023

Judge:           Stacey L. Meisel

## ORDER DENYING MOTION TO EXTEND THE AUTOMATIC STAY WITHOUT PREJUDICE

    The relief set forth on the following pages, numbered two (2) through ___3___ is **ORDERED**.

**DATED: April 12, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Tania J. Mendez-Mejia
Case No.: 23-11870-SLM
Caption of Order: Order Denying Motion to Extend the Automatic Stay Without Prejudice
Page 2 of 3

---

**THIS MATTER** having been brought before the Court on a *Motion to Extend the Automatic Stay as to Amerihome Mortgage and All Creditors* ("**Motion to Extend the Automatic Stay**") (ECF No. 6) by Debtor Tania J. Mendez-Mejia; this Court finds:

**WHEREAS** the Motion to Extend the Automatic Stay is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

　　☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

　　☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

　　☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

　　☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

　　☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** The Motion to Extend the Automatic Stay is moot as this is Tania J. Mendez-Mejia's (the "**Debtor**") second bankruptcy filing in a one-year period. This means under 11 U.S.C. § 362(c)(3)(B), the automatic stay expires 30 days after the current bankruptcy is filed. The Debtor's stay expired on April 6, 2023. The Debtor has not filed any motions to reinstate the automatic stay. Therefore, the Motion to Extend the Automatic Stay is moot.

2

Debtor:            Tania J. Mendez-Mejia
Case No.:          23-11870-SLM
Caption of Order:  Order Denying Motion to Extend the Automatic Stay Without Prejudice
Page 3 of 3

---

It is hereby

      **ORDERED** that the Motion to Extend the Automatic Stay is DENIED, without prejudice.