Order Filed on April 12, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br>   Tania J. Mendez-Mejia,<br>                       Debtor. | Case No.:    23-11870-SLM<br><br>Chapter:     Chapter 13<br><br>Hearing Date:  April 12, 2023<br><br>Judge:       Stacey L. Meisel |

### ORDER DENYING MOTION TO EXTEND THE AUTOMATIC STAY WITHOUT PREJUDICE

    The relief set forth on the following pages, numbered two (2) through ___3___ is **ORDERED**.

**DATED: April 12, 2023**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Tania J. Mendez-Mejia
Case No.: 23-11870-SLM
Caption of Order: Order Denying Motion to Extend the Automatic Stay Without Prejudice
Page 2 of 3

---

**THIS MATTER** having been brought before the Court on a *Motion to Extend the Automatic Stay as to Amerihome Mortgage and All Creditors* ("**Motion to Extend the Automatic Stay**") (ECF No. 6) by Debtor Tania J. Mendez-Mejia; this Court finds:

**WHEREAS** the Motion to Extend the Automatic Stay is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** The Motion to Extend the Automatic Stay is moot as this is Tania J. Mendez-Mejia's (the "**Debtor**") second bankruptcy filing in a one-year period. This means under 11 U.S.C. § 362(c)(3)(B), the automatic stay expires 30 days after the current bankruptcy is filed. The Debtor's stay expired on April 6, 2023. The Debtor has not filed any motions to reinstate the automatic stay. Therefore, the Motion to Extend the Automatic Stay is moot.

Debtor:             Tania J. Mendez-Mejia
Case No.:           23-11870-SLM
Caption of Order:   Order Denying Motion to Extend the Automatic Stay Without Prejudice
Page 3 of 3

---

It is hereby

    **ORDERED** that the Motion to Extend the Automatic Stay is DENIED, without prejudice.

United States Bankruptcy Court

District of New Jersey

In re:  
Tania J. Mendez-Mejia  
    Debtor

Case No. 23-11870-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Apr 12, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tania J. Mendez-Mejia, 36 Bailey Ave, Hillside, NJ 07205-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Tania J. Mendez-Mejia ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4