UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 18, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tania J. Mendez-Mejia

Case No.: 23-11870

Chapter: 13

Judge: Stacey L. Meisel

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: April 18, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of __Tania J. Mendez-Mejia__ for the reduction of time for a hearing on __Motion to Impose Automatic Stay__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __April 26, 2023__ at __2:00 p.m__ in the United States Bankruptcy Court, __50 Walnut Street 3rd Floor Newark NJ 07102__, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Secured creditor and their counsel and Chapter 13 Standing trustee.__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __All other unsecured creditors__

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Chapter 13 Trustee and Secured Creditor's Counsel__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ ~~day(s) prior to the scheduled hearing; or~~    **by Monday 4/24/23 by 2:00PM**

    ☐ may be presented orally at the hearing.

8.  ☐ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

**\*\*No appearances required if no objections filed.**

*rev.1/12/22*

3