---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Tania Mendez-Mejia

Case No.: 23-18870

Chapter: 13

Adv. No.: _____

Hearing Date: 4/26/23 at 10:00 am

Judge: SLM

## CERTIFICATION OF SERVICE

1. I, _____Russell L. Low_____ :

    ☑ represent the _____debtor_____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ____April 18, 2023____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Motion to Impose Automatic Stay Under Shortening Time

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: ____April 18, 2023____        /s/ Russell L. Low_____
                                     Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable Stacey L. Meisel<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3A | Judge | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ  07004-1550 | Chapter 13 Standing Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>☑ Other   overnight mail<br>(as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>(as authorized by the court *) |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | Unsecured Creditor | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>☑ Other   overnight mail<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PSEG<br>Po Box 1023<br>Cranford NJ 07016 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _____overnight mail_____<br>(as authorized by the court *) |
| OVERLOOK HOSPITAL<br>C/O CERTIFIED CREDIT & COLLECTION<br>PO BOX 1750<br>WHITEHOUSE STATION NJ 08889 | Unsecured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _____overnight mail_____<br>(as authorized by the court *) |
| Cenlar FSB Attn BK Dept<br>425 Phillips Blvd<br>Ewing NJ 08618 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _____overnight mail_____<br>(as authorized by the court *) |
| KML Law Group, PC<br>216 Haddon Avenue Suite 406<br>Westmont NJ 08108 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _____overnight mail_____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tania J. Mendez-Mejia<br>36 Bailey Ave<br>Hillside NJ 07205 | Debtor | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>☑ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.5/14/12*