**RUSSELL L. LOW, ESQ.  RLL-4745**
**LOW & LOW, ESQS.**
**505 Main Street  -  Suite 304**
**Hackensack, New Jersey    07601**
**(201) 343-4040**
**Attorneys for Debtor**

Order Filed on April 26, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Tania J. Mendez-Mejia | : | CHAPTER 13 |
| | : | CASE NO. 23-11870 |
| | : | HONORABLE STACEY L. MEISEL |
| Debtor | : | Hearing Date: ~~TBA~~  4/26/2023 |

### ORDER IMPOSING THE AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: April 26, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by Russell L. Low, Esq. and, for good cause it is

    **ORDERED** that:

    The Automatic Stay is Imposed as to AMERIHOME MORTGAGE and as to all Creditors ^ effective the date of this Order.
      properly served