Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 23−11870−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tania J. Mendez−Mejia
   36 Bailey Ave
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−5725

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 10, 2023.

Dated: May 10, 2023
JAN: ntp

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-11870-SLM
Tania J. Mendez-Mejia  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: May 10, 2023     Form ID: plncf13     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tania J. Mendez-Mejia, 36 Bailey Ave, Hillside, NJ 07205-1602 |
| 519856201 | + | James King, 101-20 93rd Avenue, Ozone Park, NY 11416-2303 |
| 519856204 | + | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519907564 | + | OVERLOOK HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519856196 | + | Email/Text: bankruptcycourtnotices@amerihome.com | May 10 2023 20:40:00 | AMERIHOME MORTGAGE, 1 BAXTER WAY, SUITE 300, THOUSAND OAKS, CA 91362-3888 |
| 519856197 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 10 2023 20:41:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519907551 | | Email/Text: BKelectronicnotices@cenlar.com | May 10 2023 20:40:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519856198 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 10 2023 20:55:48 | CITIBANK, ATTN: BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 519856199 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 10 2023 20:42:00 | GENESIS FINANCIAL/JARED, GENESIS FS CARD SERVICES, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 519856200 | | Email/Text: bankruptcynotices@hycite.com | May 10 2023 20:41:00 | HY CITE ENTERPRISES/ROYAL PRESTIGE, ATTN: BANKRUPTCY, 333 HOLTZMAN ROAD, MADISON, WI 53713 |
| 519856202 | ^ | MEBN | May 10 2023 20:36:01 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519856203 | + | Email/Text: Bankruptcies@nragroup.com | May 10 2023 20:42:00 | NATIONAL RECOVERY AGENCY, ATTN: BANKRUPTCY, PO BOX 67015, HARRISBURG, PA 17106-7015 |
| 519856206 | + | Email/Text: clientservices@remexinc.com | May 10 2023 20:40:00 | REMEX INC, ATTN: BANKRUPTCY, 307 WALL STREET, PRINCETON, NJ 08540-1515 |
| 519856207 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 10 2023 20:42:35 | RESURGENT CAPITAL SERVICES, ATTN: |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2023 | Form ID: plncf13 | Total Noticed: 17 |

| 519856208 | + Email/Text: bankruptcy@savit.com  May 10 2023 20:42:00 | BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519856205 | ##+ | PSE&G, PO Box 1023, Cranford, NJ 07016-1023 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Tania J. Mendez-Mejia ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4