Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

---

IN RE:

TANIA J. MENDEZ-MEJIA,

Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  23-11870 SLM

## NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | NEW JERSEY AMERICAN WATER |
| Trustee Claim #: | 9 |
| Court Claim #: | 3 |
| Claimed Amount: | $3,443.06 |
| Date Claim Filed: | 05/26/2023 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  May 31, 2023

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

TANIA J. MENDEZ-MEJIA
36 BAILEY AVE
HILLSIDE, NJ    07205

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

NEW JERSEY AMERICAN WATER
PO BOX 371331
PITTSBURGH, PA    15250-7331

NEW JERSEY AMERICAN WATER
PO BOX 2798
CAMDEN, NJ    08101