RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on June 30, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Tania J. Mendez-Mejia | : | CASE NO. 23-11870 |
| Debtor | : | The Honorable STACEY L. MEISEL |
| | | Hearing Date: June 28, 2023 at 10:00 AM |

ORDER APPROVING NEW JERSEY EMERGENCY ~~RELIEF~~ ^ RESCUE MORTGAGE ASSISTANCE FUNDS

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: June 30, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the Debtor's Notice of Motion for an Order to Approve New Jersey Emergency ~~Relief~~ ^ Rescue Mortgage Assistance Funds, and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Debtor is hereby permitted to apply for ERMA funds in order to assist her in curing her mortgage arrears.

2. In the event that the debtor is thereafter approved to receive ERMA funds that said funds shall be payable to Cenlar and mailed to:

Cenlar FSB Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618

3. In the event that the debtor is denied ERMA assistance, the debtor must docket said denial within 3 days;

4. Furthermore, Debtor must keep counsel for Cenlar and the Chapter 13 Standing Trustee updated on the status of the requested relief.