RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on June 30, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Tania J. Mendez-Mejia | : | CASE NO. 23-11870 |
| Debtor | : | The Honorable STACEY L. MEISEL |
| | | Hearing Date: June 28, 2023 at 10:00 AM |

ORDER APPROVING NEW JERSEY EMERGENCY ~~RELIEF~~ MORTGAGE
ASSISTANCE FUNDS    ^ RESCUE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: June 30, 2023

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the Debtor's Notice of Motion for an Order to Approve New Jersey Emergency ~~Relief~~ ^ Rescue Mortgage Assistance Funds, and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Debtor is hereby permitted to apply for ERMA funds in order to assist her in curing her mortgage arrears.

2. In the event that the debtor is thereafter approved to receive ERMA funds that said funds shall be payable to Cenlar and mailed to:

Cenlar FSB Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618

3. In the event that the debtor is denied ERMA assistance, the debtor must docket said denial within 3 days;

4. Furthermore, Debtor must keep counsel for Cenlar and the Chapter 13 Standing Trustee updated on the status of the requested relief.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 23-11870-SLM
Tania J. Mendez-Mejia                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                        Page 1 of 1
Date Rcvd: Jun 30, 2023                Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tania J. Mendez-Mejia, 36 Bailey Ave, Hillside, NJ 07205-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023                        Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Tania J. Mendez-Mejia ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4