**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

TANIA J. MENDEZ-MEJIA

Order Filed on August 11, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-11870 SLM

Hearing Date:  8/9/2023

### INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 11, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): TANIA J. MENDEZ-MEJIA

Case No.: 23-11870

Caption of Order: INTERIM ORDER ON TRUSTEE'S MOTION TO DISMISS

---

THIS MATTER having come before the Court on 08/09/2023 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $5,000.00 to the Trustee's office by 8/16/2023 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Motion to Dismiss will be adjourned to 8/23/2023 at 10:00 am.

United States Bankruptcy Court

District of New Jersey

In re:  
Tania J. Mendez-Mejia  
    Debtor

Case No. 23-11870-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tania J. Mendez-Mejia, 36 Bailey Ave, Hillside, NJ 07205-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Tania J. Mendez-Mejia ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4