Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11870−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tania J. Mendez−Mejia
   36 Bailey Ave
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−5725

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/13/23 at 10:00 AM

to consider and act upon the following:

**52** − Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 36 Bailey Avenue Hillside, NJ, 07205. Fee Amount $ 188. filed by Creditor AMERIHOME MORTGAGE COMPANY, LLC, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of AMERIHOME MORTGAGE COMPANY, LLC. Objection deadline is 11/6/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**53** − Certification in Opposition to (related document:52 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 36 Bailey Avenue Hillside, NJ, 07205. Fee Amount $ 188. filed by Creditor AMERIHOME MORTGAGE COMPANY, LLC, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of AMERIHOME MORTGAGE COMPANY, LLC. Objection deadline is 11/6/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor AMERIHOME MORTGAGE COMPANY, LLC) filed by Russell L. Low on behalf of Tania J. Mendez−Mejia. (Low, Russell)

Dated: 11/7/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court