Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11870−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tania J. Mendez−Mejia
   36 Bailey Ave
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−5725

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/13/23 at 10:00 AM

to consider and act upon the following:

*52* − Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 36 Bailey Avenue Hillside, NJ, 07205. Fee Amount $ 188. filed by Creditor AMERIHOME MORTGAGE COMPANY, LLC, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of AMERIHOME MORTGAGE COMPANY, LLC. Objection deadline is 11/6/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*53* − Certification in Opposition to (related document:52 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: re: 36 Bailey Avenue Hillside, NJ, 07205. Fee Amount $ 188. filed by Creditor AMERIHOME MORTGAGE COMPANY, LLC, 39 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of AMERIHOME MORTGAGE COMPANY, LLC. Objection deadline is 11/6/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor AMERIHOME MORTGAGE COMPANY, LLC) filed by Russell L. Low on behalf of Tania J. Mendez−Mejia. (Low, Russell)

Dated: 11/7/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court<br>District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11870-SLM |
| Tania J. Mendez-Mejia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 07, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tania J. Mendez-Mejia, 36 Bailey Ave, Hillside, NJ 07205-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Tania J. Mendez-Mejia ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4