# LOW & LOW ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                                  Tel: (201) 343-4040
Hackensack, New Jersey 07601                                          Fax: (201)-488-5788

**STANLEY W. LOW**                                                           **RUSSELL L. LOW**
                                                                                          russell@lowbankruptcy.com

January 9, 2024

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

**Re:  23-11870-SLM Tania J. Mendez-Mejia**

Dear Honorable Meisel,

     This letter shall serve as a request for Withdrawal of Doc. 58, Certification in Opposition to Certification of Default of Standing Trustee.

     Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**