# LOW & LOW ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                   Tel: (201) 343-4040
Hackensack, New Jersey 07601                            Fax: (201)-488-5788

**STANLEY W. LOW**                                          **RUSSELL L. LOW**
                                                                         russell@lowbankruptcy.com

January 9, 2024

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

**Re:  23-11870-SLM Tania J. Mendez-Mejia**

Dear Honorable Meisel,

    This letter shall serve as a request for Withdrawal of Doc. 53, Certification in Opposition to Creditor's Certification of Default.

    Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**