Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−11870−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tania J. Mendez−Mejia
   36 Bailey Ave
   Hillside, NJ 07205

Social Security No.:
   xxx−xx−5725

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 11, 2024
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11870-SLM |
| Tania J. Mendez-Mejia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 11, 2024 | Form ID: 148 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tania J. Mendez-Mejia, 36 Bailey Ave, Hillside, NJ 07205-1602 |
| 519856201 | + | James King, 101-20 93rd Avenue, Ozone Park, NY 11416-2303 |
| 519907564 | + | OVERLOOK HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519856205 | + | PSE&G, PO Box 1023, Cranford, NJ 07016-1023 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519856196 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Jan 11 2024 20:42:00 | AMERIHOME MORTGAGE, 1 BAXTER WAY, SUITE 300, THOUSAND OAKS, CA 91362-3888 |
| 519856197 | + | EDI: TSYS2 | Jan 12 2024 01:32:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 519907551 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 11 2024 20:42:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519856198 | + | EDI: CITICORP | Jan 12 2024 01:32:00 | CITIBANK, ATTN: BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 519856199 | + | EDI: PHINGENESIS | Jan 12 2024 01:32:00 | GENESIS FINANCIAL/JARED, GENESIS FS CARD SERVICES, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 519856200 | | Email/Text: bankruptcynotices@hycite.com | Jan 11 2024 20:42:00 | HY CITE ENTERPRISES/ROYAL PRESTIGE, ATTN: BANKRUPTCY, 333 HOLTZMAN ROAD, MADISON, WI 53713 |
| 519856202 | ^ | MEBN | Jan 11 2024 20:41:54 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519856203 | + | Email/Text: Bankruptcies@nragroup.com | Jan 11 2024 20:43:00 | NATIONAL RECOVERY AGENCY, ATTN: BANKRUPTCY, PO BOX 67015, HARRISBURG, PA 17106-7015 |
| 519929824 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 11 2024 20:43:00 | NEW JERSEY AMERICAN WATER, PO Box 2798, Camden, NJ 08101-2700 |
| 519856204 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 11 2024 20:43:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 519856206 | + | Email/Text: clientservices@remexinc.com | Jan 11 2024 20:42:00 | REMEX INC, ATTN: BANKRUPTCY, 307 WALL STREET, PRINCETON, NJ 08540-1515 |

Case 23-11870-SLM    Doc 66    Filed 01/13/24    Entered 01/14/24 00:15:57    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: 148 | Total Noticed: 19 |

| 519856207 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 20:51:41 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
|---|---|---|---|
| 519856208 | + Email/Text: bankruptcy@savit.com | Jan 11 2024 20:43:00 | SAVIT COLLECTION AGENCY, ATTN: BANKRUPTCY, PO BOX 250, EAST BRUNSWICK, NJ 08816-0250 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Tania J. Mendez-Mejia ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4